Timothy Allyn LARSON,
Petitioner/Appellant,

v.

Nancy F. LARSON,
Respondent/Respondent.

No. ED 77787.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 27, 2001.

Margo Leslie Green, Elliott Goldberger, Law Offices of Green, Cordonnier & House, Clayton, MO, for Appellant.

William P. Grant, Law Office of Margulis & Grant, Clayton, MO, for Respondent.

Before MOONEY, P.J., SIMON, J., and SULLIVAN, J.

### ORDER

PER CURIAM.

Timothy Allyn Larson (Father) appeals from the Judgment and Order of the trial court entered upon a Motion to Prevent Relocation, a Motion to Determine Compliance with Decree and a Motion to Determine. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's judgment is not against the weight of the evidence. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo.banc 1976). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the

reasons for our decision. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).